# EXHIBIT A

**EFILED IN OFFICE**
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

**21-SCCV-093547**
JBH
NOV 10, 2021 04:08 PM

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MILLER PREMUSCA, | |
| Plaintiff, | |
| vs. | Civil Action No. _____ |
| DKC TRANSPORTATION, LLC, TONY ROBBINS, JOHN DOE and JOHN DOE, LLC | |
| Defendants. | |

# COMPLAINT

COMES NOW, Miller Premusca and files this his Complaint against DKC Transportation, LLC, Tony Robbins, John Doe and John Doe, LLC showing the Court as follows:

1.

Defendant, DKC Transportation, LLC. is an Florida Corporation with its principal place of business in Dover, Florida. Pursuant to the Georgia Long Arm Statute, Defendant DKC Transportation, LLC. is subject to the jurisdiction of this Court. Venue is proper in this court.

2.

Defendant, Tony Robbins, resides in Greeneville, Tennessee. Pursuant to the Georgia Long Arm Statute, Defendant Toby Robbins is subject to the jurisdiction of this Court. Venue is proper in this court.

3.

John Doe and John Doe, LLC are unknown entities. Jurisdiction and venue are proper.

4.

On March 4, 2020, Tony Robbins was operating a commercial motor vehicle as defined in 49 CFR sec 390.5.  The vehicle Tony Robbins was operating on March 4, 2020 had a gross vehicle weight rating or gross combination weight rating or gross vehicle weight or gross combination weight of 10,001 pounds or more. The vehicle Tony Robbins was operating on March 4, 2020 was used on a highway in interstate commerce to transport property.

5.

Plaintiff shows that on or about March 4, 2020, he was a passenger in a vehicle that was traveling north on I-75 in Dooly County, Georgia. Defendant Robbins was traveling behind plaintiff's vehicle. As the vehicle in which plaintiff was a passenger was traveling, he was struck from behind by Defendant Robbins.  The force of the impact from Defendant Robbins' actions caused damage to the vehicle in which plaintiff was a passenger and injuries to Plaintiff.

6.

Defendant Tony Robbins violated the provisions of Georgia law for automotive safety and was negligent in the following particulars:

    a. In following too closely in violation of O.C.G.A 40-6-49;

    b. In misjudging clearance in order to avoid colliding with plaintiff's vehicle;

    c. In failing to keep a proper lookout in order to avoid colliding with plaintiff's vehicle;

    d. In failing to exercise ordinary care;

    e. Defendant Robbins was otherwise negligent.

7.

Plaintiff shows that at the time of the aforesaid collision, Defendant Robbins was the agent, servant and employee of DKC Transportation, LLC, and was acting within the scope of that employment. Any negligence on the part of Defendant Robbins is imputable to the Defendant DKC Transportation, LLC.

8.

DKC Transportation, LLC. negligently supervised hired, trained, and retained Defendant Robbins.  In addition, DKC Transportation, LLC. negligently entrusted the truck to Defendant Robbins.

9.

As a result of the collision complained of herein, Plaintiff sustained severe injuries and great pain of body and mind from which he did then suffer, now suffers, and may continue to suffer, and Plaintiff shows further that he has incurred expenses in the nature of medical bills, from the date of the accident until filing of this Complaint and continuing hereafter until Plaintiff fully recovers from his injuries resulting from the accident.

10.

Plaintiff shows that all of her injuries and damages were a direct result of and proximately caused by the joint and several acts of the defendants named above.

WHEREFORE, Plaintiff demands:

(a) That summons be issued requiring the Defendants to be served as provided by law and requiring the Defendants to answer the Complaint;

(b) That Plaintiff have a trial by a fair and impartial jury of twelve members;

(c) That Plaintiff obtain a judgment for damages against the Defendants jointly and severally in a sufficient amount to compensate her for her injures and damages;

(d) That the costs of bringing this action be assessed against the Defendants; and

(e) That Plaintiff has such other and further relief as this Court shall deem just and equitable

Respectfully submitted

        /s/ Paul R. Ayerbe
        PAUL R. AYERBE
        Ga. Bar No. 029810

        /s/ William T. Arnold
        WILLIAM T. ARNOLD
        Ga. Bar No. 120408

*AYERBE & ARNOLD, LLC*
3608 Vineville Avenue
Post Office Box 6073
Macon, Ga.  31208
(478) 474-2252